Rubin, Fortunato & Harbison P.C.
Jason E. Murtagh, Esquire Bar #294830
10 South Leopard Road
Paoli, PA 19301
(610) 408-2059
*jmurtagh@rubinfortunato.com*
Attorney for Defendants
S. Emerson Group, Inc. and Scott Emerson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELIZABETH WEBB,<br><br>    Plaintiff,<br><br>  v.<br><br>S. EMERSON GROUP, INC., et al,<br><br>    Defendants. | CIVIL ACTION NO. 2:17-cv-00386-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE FROM JUNE 19, 2017 TO JULY 17, 2017** |

    Plaintiff, Elizabeth Webb ("Plaintiff"), and Defendants, S. Emerson Group, Inc., and Scott Emerson ("Defendants", by and through their undersigned counsel, and pursuant to USDC EDCA Local Rules 143 and 144(d) and FRCP 16(b), hereby stipulate and agree as follows:

    **WHEREAS**, on or about February 22, 2017, this Court, pursuant to Fed. R. Civ. P. 16, issued an order setting a Status (Pretrial Scheduling) Conference for June 19, 2017 at 1:30 p.m. in Courtroom 5 [ECF DOC. #2]; and

1    **WHEREAS**, counsel for Defendants has a prepaid family vacation
2  out of the country scheduled during the week set for the
3  conference; and

4    **WHEREAS**, the parties are working in good faith to discuss
5  discovery, settlement, and other issues in an effort to streamline
6  the litigation of this matter; and

7    **WHEREAS**, there has not been a previous continuance of the
8  Rule 16 Status (Pretrial Scheduling) Conference.

9    **NOW THEREFORE**, the parties, through their respective counsel,
10 jointly propose and stipulate to the following:

11    The Court's Rule 16 Order Re: Status (Pretrial Scheduling)
12 Conference shall be revised as follows, or set on such other date
13 as the Court determines:

14    1. A Status (Pretrial Scheduling) Conference is set for July
15       17, 2017 at 1:30 p.m. in Courtroom 5.

16    **IT IS FURTHER STIPULATED and AGREED** between the parties that
17 all other provisions of this Court's Order Re: Status (Pretrial
18 Scheduling) Conference as of February 22, 2017 shall remain in
19 effect.  This Stipulation may be signed in counterparts and any
20 facsimile or electronic signature shall be valid as an original
21 signature.
22    //
23    //
24    //
25    //
26    //
27    //
28

- 2 -

STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE
Civil Action 2:17-cv-00386

RUBIN, FORTUNATO & HARBISON P.C.

1  **IT IS SO STIPULATED.**

2

3  DATED: April 5, 2017     SHIMODA LAW CORPORATION

4                           By: /s/ Galen T. Shimoda (approval 4/5/17)
                             Galen T. Shimoda
5                            Attorney for Plaintiff, Elizabeth Webb

6

7                           RUBIN FORTUNATO & HARBISON, P.C.

8                           By: /s/ Jason E. Murtagh
                             Jason E. Murtagh
9                            Attorney for Defendants,
10                           S. Emerson Group, Inc. and Scott Emerson

- 3 -

STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE
Civil Action 2:17-cv-00386

**ORDER**

**FOR GOOD CAUSE SHOWN,** and pursuant to the Stipulation of the parties, the Court's Order Re: Status (Pretrial Scheduling) Conference issued on February 22, 2017 is revised as follows:

A Status (Pretrial Scheduling) Conference is set for July 17, 2017 at 1:30 p.m. in Courtroom 5.  All other provisions of this Court's Order Re: Status (Pretrial Scheduling) Conference as of February 22, 2017 shall remain in effect.  A Joint Status Report shall be filed no later than July 3, 2017.

**IT IS SO ORDERED.**

Dated:  April 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE
Civil Action 2:17-cv-00386

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this date with a copy of this document via the Court's CM/ECF system.

Executed on April 5, 2017.

By: Jason E. Murtagh
Type or Print Name of Declarant


By: /s/ Jason E. Murtagh
Signature of Declarant